IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHINEHAS LAMONT PARKER,<br><br>   Petitioner,<br><br>   vs.<br><br>MIKE KNOWLES, Warden,<br><br>   Respondent. | CASE NO. CV-F-04-5783 OWW SMS HC<br><br>ORDER DIRECTING RESPONDENT<br>TO FILE RESPONSE TO PETITIONER'S<br>APRIL 27, 2005, MOTION<br><br>[Doc. 20] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On March 9, 2005, the Court issued Findings and Recommendations that Respondent's motion to dismiss be granted as the petition before the court was a "mixed" petition containing both exhausted and unexhausted claims. Petitioner filed objections on April 19, 2005. The District Judge assigned to this action has not yet adopted the Recommendation. On April 27, 2005, Petitioner filed a motion indicating that the unexhausted claims have now been exhausted.[1] Assuming this is true, it may very well effect the Court's Findings and Recommendations. Therefore, by this order, the Court will direct Respondent to file a response to Petitioner's motion addressing whether the unexhausted claims have now been exhausted.

---

[1] It is not clear whether Petitioner served Respondent with the motion. However, the document is available to Respondent through the Court's electronic case filing system ("CM/ECF").

1  Accordingly, it is HEREBY ORDERED that within **twenty (20)** days from the date of service of this order, Respondent shall file a response to Petitioner's April 27, 2005, motion.

IT IS SO ORDERED.

**Dated:   May 6, 2005**                              /s/ Sandra M. Snyder
icido3                                         UNITED STATES MAGISTRATE JUDGE