IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHINEHAS LAMONT PARKER,<br><br>    Petitioner,<br><br>    vs.<br><br>MIKE KNOWLES, Warden,<br><br>    Respondent.<br>_____/ | CASE NO. CV-F-04-5783 OWW SMS HC<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS REGARDING RESPONDENT'S MOTION TO DISMISS<br><br>ORDER DENYING RESPONDENT'S MOTION TO DISMISS AND REFERRING ACTION BACK TO MAGISTRATE JUDGE FOR FURTHER PROCEEDINGS |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    Petitioner filed the instant petition on May 24, 2004, in the United States District Court for the Eastern District of California, Sacramento Division. By order of June 1, 2004, the action was transferred to the Fresno Division. On October 27, 2004, the Court directed Respondent to file a response to the petition.

    On December 27, 2004, Respondent filed a motion to dismiss on the basis that the instant petition was a "mixed" petition containing both exhausted and unexhausted claims. On March 9, 2005, the Court issued Findings and Recommendations recommending the following: 1) Respondent's motion to dismiss be granted; 2) deny Petitioner's request to hold the action in abeyance pending exhaustion without prejudice, and 3) grant Petitioner leave to withdraw the unexhausted claims and request to hold the action in abeyance or delete the unexhausted claims. (Court Doc. 18.)

Petitioner filed objections on April 19, 2005.  On April 27, 2005, Petitioner filed a notice to the Court that the unexhausted claims had now been exhausted by the California Supreme Court.  Therefore, on May 9, 2005, the Court directed Respondent to file a response addressing whether the unexhausted claims had been exhausted.  On May 25, 2005, Respondent filed a response indicating that the unexhausted claims had been exhausted by the California Supreme Court.  (Court Doc. 22.)

Because the unexhausted claims have now been exhausted, the Court will vacate the Findings and Recommendations and deny Respondent's motion to dismiss the petition as a "mixed" petition.  The Court will refer the action back to the Magistrate Judge for further proceedings.  28 U.S.C. § 636(b)(1)(B).

Accordingly, it is HEREBY ORDERED that:

1. The Findings and Recommendations of March 9, 2005, are VACATED;

2. Respondent's December 27, 2004, motion to dismiss is DENIED; and

3. The action is referred back to the assigned Magistrate Judge for further proceedings.

IT IS SO ORDERED.

**Dated:    June 21, 2005**                             **/s/ Oliver W. Wanger**
emm0d6                                              UNITED STATES DISTRICT JUDGE