IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHINEHAS LAMONT PARKER,<br><br>    Petitioner,<br><br>    vs.<br><br>MIKE KNOWLES, Warden,<br><br>    Respondent. | CASE NO. CV-F-04-5783 OWW SMS HC<br><br>ORDER RETURNING AMENDED PETITION LODGED JUNE 10, 2005 TO PETITIONER |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    Petitioner filed the instant petition on May 24, 2004, in the United States District Court for the Eastern District of California, Sacramento Division. By order of June 1, 2004, the action was transferred to the Fresno Division. On October 27, 2004, the Court directed Respondent to file a response to the petition.

    On December 27, 2004, Respondent filed a motion to dismiss on the basis that the instant petition was a "mixed" petition containing both exhausted and unexhausted claims. On March 9, 2005, the Court issued Findings and Recommendations recommending the following: 1) Respondent's motion to dismiss be granted; 2) deny Petitioner's request to hold the action in abeyance pending exhaustion without prejudice, and 3) grant Petitioner leave to withdraw the unexhausted claims and request to hold the action in abeyance or delete the unexhausted claims. (Court Doc. 18.)

Petitioner filed objections on April 19, 2005. On April 27, 2005, Petitioner filed a notice to the Court that the unexhausted claims had now been exhausted by the California Supreme Court. Therefore, on May 9, 2005, the Court directed Respondent to file a response addressing whether the unexhausted claims had been exhausted. On May 25, 2005, Respondent filed a response indicating that the unexhausted claims had been exhausted by the California Supreme Court. (Court Doc. 22.)

Because the unexhausted claims have been exhausted, on June 22, 2005, the Court vacated the Findings and Recommendations and denied Respondent's motion to dismiss the petition as a "mixed" petition. (Court Doc. 24.)

On June 10, 2005, Petitioner submitted an amended petition to the Court which was lodged. It appears the amended petition was merely submitted to demonstrate that Petitioner had exhausted the unexhausted claims. Because the Court has found that the claims are exhausted, the amended petition is unnecessary and will be returned to Petitioner.

Based on the foregoing, it is HEREBY ORDERED that the amended petition, lodged June 10, 2005, shall be returned to Petitioner.

IT IS SO ORDERED.

**Dated:   July 8, 2005**                               **/s/ Sandra M. Snyder**
icido3                                                          UNITED STATES MAGISTRATE JUDGE