IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHINEHAS LAMONT PARKER,<br><br>    Petitioner,<br><br>   vs.<br><br>MIKE KNOWLES, Warden,<br><br>    Respondent.<br>_____/ | CASE NO. CV-F-04-5783 OWW SMS HC<br><br>ORDER GRANTING RESPONDENT'S REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING<br><br>[Doc. 27] |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    Pending before the Court is Respondent's request for an extension of time to file its responsive pleading, filed August 8, 2005.

    Good cause having been presented, Respondent's request for an extension of time is GRANTED, and a responsive pleading shall be filed on or before September 12, 2005.

IT IS SO ORDERED.

**Dated:   August 30, 2005**              /s/ Sandra M. Snyder
ah0l4d                                          UNITED STATES MAGISTRATE JUDGE