UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHINEHAS LAMONT PARKER,<br><br>    Petitioner,<br><br>    v.<br><br>MIKE KNOWLES, Warden,<br><br>    Respondent. | 1:04-CV-5783 OWW SMS HC<br><br>ORDER GRANTING SECOND EXTENSION OF TIME TO FILE RESPONSIVE PLEADING<br>(DOCUMENT #29 and 30) |

    Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.

    On September 8, 2005 and October 12, 2005, Respondent filed requests for a second and third extension of time to file its responsive pleading.

    Good cause having been presented to the court, Respondent's requests for an extension of time is GRANTED and Respondent shall have to and including October 26, 2005 to file its response.

IT IS SO ORDERED.

**Dated:    October 13, 2005**            **/s/ Sandra M. Snyder**
ah0l4d                                                  UNITED STATES MAGISTRATE JUDGE