1

2

3

4

5

6

7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9              EASTERN DISTRICT OF CALIFORNIA

10

11   PHINEHAS LAMONT PARKER,              1:04-cv-05783-OWW-SMS (HC)

12              Petitioner,               ORDER GRANTING EXTENSION OF
                                          TIME TO FILE OBJECTIONS TO
13        vs.                             FINDINGS AND RECOMMENDATIONS

14   MIKE KNOWLES,                        (DOCUMENT #39)

15              Respondent.               THIRTY DAY DEADLINE
     _____/
16

17        Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28

18   U.S.C. § 2254.  On October 11, 2007, petitioner filed a motion to extend time to file objections

19   to the findings and recommendations issued on September 14, 2007.  Good cause having been

20   presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY

21   ORDERED that:

22        Petitioner is granted thirty days from the date of service of this order in which to file

23   objections to the findings and recommendations.

24

25   IT IS SO ORDERED.

26   **Dated:   October 24, 2007            _____ /s/ Sandra M. Snyder_____**
                                          UNITED STATES MAGISTRATE JUDGE
27

28