UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


FILED
JAN 3 1 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

PHINEHAS LAMONT PARKER,

vs.

MIKE KNOWLES, ET.AL.,

_____/

**ORDER RE: CERTIFICATE OF APPEALABILITY**

1:04-CV-5783 OWW/SMS HC

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____   Granted for the following reason:

_____
_____
_____
_____

__X__   Denied for the following reason:

*Petition presents numerous grounds which have been exhaustively analyzed. None presents an issue debatable among jurists of reason.*

Dated: 1-30-08


OLIVER W. WANGER
United States District Judge